IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| CHRISTINE DUNNE,<br><br>      Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN,<br><br>      Defendant.                / | No.1:13-CV-01195 NJV<br><br>**CERTIFICATE OF SERVICE** |

     I, the undersigned, hereby certify that on July 14, 2014, I served a true and correct copy of Documents nos. 19 and 20 by placing said copies in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail.

Christine Dunne
295 San Benancio Rd Apt B
Salinas, CA 93908

                                               /s/ *Linn Van Meter*
                                                Linn Van Meter
                                       Administrative Law Clerk to the
                                       Honorable Nandor J. Vadas